\*\* INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY \*\*

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| November 5, 2018 at 2:20:13 PM EST | | 59 | 2 | Received |

Nov. 5. 2018  2:18PM    Federal Public Defender - NYW                No. 0670   P. 1/2

# FEDERAL PUBLIC DEFENDER'S OFFICE
## WESTERN DISTRICT OF NEW YORK

MARIANNE MARIANO
*FEDERAL PUBLIC DEFENDER*
marianne_mariano@fd.org

ANNE M. BURGER
*SUPERVISORY ASSISTANT FEDERAL PUBLIC DEFENDER*
anne_burger@fd.org

28 EAST MAIN STREET
FIRST FEDERAL PLAZA, SUITE 400
ROCHESTER, NEW YORK 14614

585-263-6201
FAX: 585-263-5871

BUFFALO OFFICE
300 PEARL STREET, SUITE 200
BUFFALO, NEW YORK 14202
716-551-3341
716-551-3346-FAX

*REPLY TO: ROCHESTER*

November 5, 2018

**VIA FAX**

Honorable Elizabeth A. Wolford
United States District Judge
United States Courthouse
100 State Street
Rochester, NY 14614

  Re: *United States v. James Walton*, 17-cr-6079-EAW-MWP

Dear Judge Wolford:

  I am due to file objections today in connection with the Court's Report and Recommendation in the above-captioned case which was issued on October 22, 2018. I respectfully request that the Court extend the defense's deadline to file its objections to the Report and Recommendation to November 26th. This additional time will allow the defense to complete the framing of its objections and file them with the Court.

  In light of the above, I also request that the Court continue the speedy trial exclusion in the interests of justice pursuant to 18 U.S.C. 3161(h)(7) as it is in my client's interest that I have sufficient time to prepare and submit the defense's objections to the Report and Recommendation. AUSA Field has indicated that he does not object to my request.

             Sincerely,

             Anne M. Burger
             Assistant Federal Public Defender

cc: John Field, AUSA (via fax)

**ANNE M. BURGER**
Assistant Federal Public Defender
**FEDERAL PUBLIC DEFENDER'S OFFICE**
28 East Main Street, Suite 400
Rochester, NY 14614
585-263-6201
Fax: 585-263-5871
Email: Anne_Burger@fd.org

# FAX COVER SHEET

**To:**     Chambers, Hon. Elizabeth A. Wolford

           AUSA John Field

**Re:**     United States v. James Walton, 17-cr-6079-EAW

**Date:**   November 5, 2018

**Pages (Inc. Cover):**     2

**Comments:**

The information contained in this fax is intended only for the use of the individual(s) named above. If the person actually receiving this fax or any other reader of the fax is not the named recipient or the employee or agent responsible for delivering it to the named recipient, any use, dissemination, distribution, or copying of the communication is strictly prohibited. If you have received this fax in error, please immediately notify the sender by telephone and return the original to us at the above address. Thank you.